IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00224-MR-WCM

| | |
|---|---|
| GEORGE MITCHELL RHINEHARDT, JR., | )<br>)<br>) |
| Plaintiff, | )<br>) ORDER<br>) |
| v. | )<br>) |
| DEPARTMENT OF VETERANS AFFAIRS *Regional Office*;<br>MERRICK B. GARLAND *U.S. Attorney General*;<br>DENA J. KING *U.S. Attorney*; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

This matter is before the Court following Plaintiff's submission of a proposed Second Amended Complaint. See Doc. 14.

To the extent Plaintiff wishes to amend his existing Complaint, see Doc. 4, such an amendment must be made pursuant to the Federal Rules of Civil Procedure and the Local Rules, either with leave of Court (following a properly supported motion) or with Defendants' consent.

1

**IT IS THEREFORE ORDERED THAT** to the extent Plaintiff's filing constitutes a request for leave to file a Second Amended Complaint, it is **DENIED WITHOUT PREJUDICE**.

Signed: August 24, 2023

W. Carleton Metcalf
United States Magistrate Judge