# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | | |
|---|---|---|
| GEORGE MITCHELL RHINEHARDT JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00224-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| DEPARTMENT OF VETERANS AFFAIRS, MERRICK B. GARLAND, and DENA J. KING, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 26, 2023 Order.

September 26, 2023

Katherine Hord Simon, Clerk
United States District Court